# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MATTHEW M. PHLIPOT | § | |
| | § | No. 240, 2017 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | ID. No. 0903021873 (S) |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: June 30, 2017
Decided: July 14, 2017

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## ORDER

This 14th day of July 2017, after careful consideration of the opening brief and the State's motion to affirm, it is clear that the judgment below should be affirmed on the basis of, and for the reasons assigned by, the Superior Court in its well-reasoned decision dated May 24, 2017. The Superior Court did not err in concluding that Phlipot's second motion for postconviction relief was untimely and repetitive and that Phlipot had failed to overcome these procedural hurdles.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

_James T. Vaughn_
Justice